IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-50852
Summary Calendar
_____

UNITED STATES OF AMERICA

Plaintiff-Appellee,

versus

JOSE OSCAR TRUJILLO-RAMIREZ,

Defendant-Appellant.

--------------------
Appeals from the United States District Court
for the Western District of Texas
USDC No. DR-99-CR-348-1
--------------------
June 1, 2000

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Jose Oscar Trujillo-Ramirez has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Trujillo has received a copy of counsel's motion and brief but has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. See id. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.